TABOR v. MAXWELL, WARDEN.

[Cite as Tabor v. Maxwell, Warden, 3 Ohio St. 2d 106.]

(No. 39266—Decided July 7, 1965.)

*Mr. Bernard Herbert Tabor, in propria persona.*
*Mr. William B. Saxbe,* attorney general, and *Mr. William C. Baird,* for respondent.

*Per Curiam.* Petitioner contends that he was deprived of his constitutional rights by the refusal of the court at the preliminary hearing to appoint counsel to act on his behalf and the failure to appoint counsel until after he had pleaded not guilty to the indictment. Petitioner made no incriminating statements during this period which were used against him.

*Petitioner remanded to custody.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.